IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **GILBERTO GONZALEZ CRUZ** <br> **YVETTE MARTINEZ SÁNCHEZ** <br><br> **DEBTOR(S)** | **CASE NO. 18-04884** <br> **CHAPTER 13** |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**TO THE HONORABLE COURT:**

   **COMES NOW,** ASOCIACION RESIDENTES PARQUE LAS HACIENDAS through the undersigned attorney, and respectfully, prays and states as follows:

1. Asociación Residentes Parque Las Haciendas, a secured creditor herein, has engaged the services of Lcdo. Rafael Colón Flores, to represent it in the instant case.

2. Asociación Residentes Parque Las Haciendas requests that all notices and documents be forwarded to the undersigned's law office at the following address:

>LCDO. RAFAEL COLÓN FLORES
>1129 Ave. Muñoz Rivera, Ste. 1
>Ponce, PR 00717
>Tel. (787)842-1039
>Fax (787) 284-0325
>Email: colonflores@hotmail.com

   **WHEREFORE,** the creditor(s) respectfully request that this Honorable Court take acknowledge the above indicated.

**I hereby certify**: That on October 5th, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **José R. Carrión Morales**. I hereby certify: that I have mail by the United States Postal Service the document to the following non CM/ECF participants: **to all creditors**.

In Ponce, Puerto Rico, this 5th day of October 2018.

**RESPECTFULLY SUBMITTED.**

*/s/Rafael Colón Flores*
**Rafael Colón Flores**
Attorney for Debtor
U.S.D.C.P.R. 128203
1129 Muñoz Rivera Ave. STE 1
Ponce, P.R. 00717-0635
Tel.(787) 842-1039
Fax.(787) 284-0325
E-mail: colonflores@hotmail.com