IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

GILBERTO GONZALEZ CRUZ
YVETTE MARTINEZ SANCHEZ

DEBTORS

CASE NUMBER: 18-04884/MCF

CHAPTER 13

### DEBTORS' MOTION CONCERNING AMENDMENT TO SCHEDULE "E/F" OFFICIAL FORM 106E/F

TO THE HONORABLE COURT:

COME NOW, GILBERTO GONZALEZ CRUZ and YVETTE MARTINEZ SANCHEZ, the Debtors through his undersigned attorney Counsel, and very respectfully state and pray as follows:

1. The Debtors hereby amend Schedule "E/F" to previously filed Schedule "E/F" Docket no. 1, pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and local Bankruptcy Rule 1009-1, for the purpose of: **_included unsecured claim, account no. x6291, from creditor Metropolitan Life Insurance Company (MetLife Disability), PO Box 14681, Lexington KY 40512-4681, balance owed $6,210.40._**

WHEREFORE, the Debtors pray that this Honorable Court take knowledge of said amendment and provide accordingly.

### NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page -2-
Debtor's Motion Concerning Amendment to Schedule "E/F"
Case no. 18-04884/MCF13

**CERTIFICATE OF SEVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail, including the US Trustee's Office and the Trustee. I further certify that the foregoing has been served by depositing true and correct copies thereof in the United States Mail, postage prepaid, to none CM/ECF participants: Debtors to their address of record; to the creditors affected by the amendment: _Metropolitan Life Insurance Company (MetLife Disability), PO Box 14681, Lexington KY 450512-4681,_ and creditors and parties in interest as per the attached master address list.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 5th day of March, 2019.

/s/ **Roberto Figueroa Carrasquillo**
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL 787-744-7699 / FAX 787-746-5294
Email: _rfigueroa@rfclawpr.com_

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | GILBERTO GONZALEZ CRUZ |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse if, filing) | YVETTE MARTINEZ SANCHEZ |
| | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION |
| Case number (if known) | 3:18-bk-4884 |

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?

   ■ No. Go to Part 2.

   ☐ Yes.

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| 4.1 | **AEELA** | Last 4 digits of account number   1115 | $1,633.00 |
| | Nonpriority Creditor's Name | When was the debt incurred?   2014-08-05 | |

PO Box 70290
San Juan, PR 00936-8290
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Debtor 1 GONZALEZ CRUZ, GILBERTO & MARTINEZ
Debtor 2 SANCHEZ, YVETTE    Case number (if known) 3:18-bk-4884

| 4.2 | AFLAC | Last 4 digits of account number | 44B0 | $91.80 |

Nonpriority Creditor's Name

1932 Wynton Road
Columbus, GA 31999-0797
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

| 4.3 | Baxter Credit Union | Last 4 digits of account number | 5278 | $144.16 |

Nonpriority Creditor's Name

340 N. Milwaukee Ave Vernon Hills
Illinois, IL 60061
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

| 4.4 | Internal Revenue Service | Last 4 digits of account number | 8197 | $1,438.00 |

Nonpriority Creditor's Name

PO Box 21126
Philadelphia, PA 19114-0326
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

Debtor 1 GONZALEZ CRUZ, GILBERTO & MARTINEZ
Debtor 2 SANCHEZ, YVETTE

Case number (if known) 3:18-bk-4884

### 4.5 Island Finance
Nonpriority Creditor's Name

PO Box 71504
San Juan, PR 00936-8604
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number  5486    $2,060.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify _____

### 4.6 Island Finance
Nonpriority Creditor's Name

PO Box 71504
San Juan, PR 00936-8604
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number  2158    $282.72

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  Debtor is Co-Debtor

### 4.7 Metropolitan Life Insurance Company
Nonpriority Creditor's Name
MetLife Disability
PO Box 14681
Lexington, KY 40512-4681
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number  6291    $6,210.40

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify _____

Debtor 1 GONZALEZ CRUZ, GILBERTO & MARTINEZ
Debtor 2 SANCHEZ, YVETTE
Case number (if known) 3:18-bk-4884

| 4.8 | Oasis Financial Services | Last 4 digits of account number | 8033 | $6,542.00 |

Nonpriority Creditor's Name

When was the debt incurred?

47 Gautier Benitez Ste 5
Caguas, PR 00725
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.9 | T-Mobile | Last 4 digits of account number | 0789 | $1,310.00 |

Nonpriority Creditor's Name

When was the debt incurred? 2015-04-15

12920 SE 38th St
Bellevue, WA 98006-1350
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.10 | Temple Univ Hospital | Last 4 digits of account number | 3614 | $3,000.00 |

Nonpriority Creditor's Name
Episcopal Campus
100 E Lehigh Ave
Philadelphia, PA 19125-1012
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Debtor 1 GONZALEZ CRUZ, GILBERTO & MARTINEZ
Debtor 2 SANCHEZ, YVETTE
Case number (if known) 3:18-bk-4884

| 4.11 | Tribunal General de Justicia | Last 4 digits of account number | 8197 | $2,393.83 |

Nonpriority Creditor's Name
Ofic Admin Tribunales
PO Box 190917
San Juan, PR 00919-0917
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

### Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
Departamento de Hacienda
Bankruptcy Section
235 Ave Arterial Hostos Ste 1504
San Juan, PR 00918-1451

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.11 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  8197

Name and Address
Departamento de Hacienda
PO Box 9024140
San Juan, PR 00902-4140

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.11 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  8197

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. | $ 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ 0.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 2 | 6f. | Student loans | 6f. | $ 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 25,105.91 |
| | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. | $ 25,105.91 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | GILBERTO | GONZALEZ | CRUZ |
| | First Name | Middle Name | Last Name |
| Debtor 2 | YVETTE | MARTINEZ | SANCHEZ |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known)  3:18-bk-4884

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____  X _____
GILBERTO GONZALEZ CRUZ        YVETTE MARTINEZ SANCHEZ
Signature of Debtor 1          Signature of Debtor 2

Date  3.5.2019              Date  3.5.2019

```
Label Matrix for local noticing          BANCO POPULAR PR                          ORIENTAL BANK AUTOS
0104-3                                   FORTUNO & RIVERA FONT LLC                 PO BOX 79552
Case 18-04884-MCF13                      PO BOX 13786                              CAROLINA, PR 00984-9552
District of Puerto Rico                  SAN JUAN, PR 00908-3786
Old San Juan
Tue Mar  5 13:06:53 AST 2019

US Bankruptcy Court District of P.R.     AEELA                                     AEELA
Jose V Toledo Fed Bldg & US Courthouse   PO Box 364508                             PO Box 70290
300 Recinto Sur Street, Room 109         San Juan, PR  00936-4508                  San Juan, PR  00936-8290
San Juan, PR 00901-1964


AFLAC                                    Asoc Res Comunidad Parq Las Hacs          Banco Popular de Puerto Rico
1932 Wynton Road                         Parq Las Haciendas 100 Abacoa             Mortgage Servicing Department
Columbus, GA  31999-0797                 Caguas, PR 00727-7706                     PO Box 362708
                                                                                   San Juan, PR  00936-2708


Banco Popular de Puerto Rico             Baxter Credit Union                       Departamento de Hacienda
PO Box 362708                            340 N. Milwaukee Ave Vernon Hills         Bankruptcy Section
San Juan, PR 00936-2708                  Illinois, IL 60061                        235 Ave Arterial Hostos Ste 1504
                                                                                   San Juan, PR  00918-1451


Departamento de Hacienda                 (p)INTERNAL REVENUE SERVICE               Island Finance
PO Box 9024140                           CENTRALIZED INSOLVENCY OPERATIONS         PO Box 71504
San Juan, PR  00902-4140                 PO BOX 7346                               San Juan, PR  00936-8604
                                         PHILADELPHIA PA 19101-7346


(p)JEFFERSON CAPITAL SYSTEMS LLC         LVNV Funding, LLC its successors and assigns   Mueb Berrios
PO BOX 7999                              assignee of GE Money Bank                 PO Box 674
SAINT CLOUD MN 56302-7999                Resurgent Capital Services                Cidra, PR  00739-0674
                                         PO Box 10587
                                         Greenville, SC 29603-0587


Oasis Financial Services                 Oriental Bank                             PREPA - BANKRUPTCY OFFICE
47 Gautier Benitez Ste 5                 254 Ave Munoz Rivera # 15                 PO BOX 364267
Caguas, PR 00725-4160                    San Juan, PR  00918-1900                  SAN JUAN PR 00936-4267


Sistema de Retiro ELA                    T Mobile/T-Mobile USA Inc                 (p)T MOBILE
PO Box 42003                             by American InfoSource as agent           C O AMERICAN INFOSOURCE LP
San Juan, PR  00940-2203                 PO Box 248848                             4515 N SANTA FE AVE
                                         Oklahoma City, OK  73124-8848             OKLAHOMA CITY OK 73118-7901


Temple Univ Hospital                     Tribunal General de Justicia              GILBERTO GONZALEZ CRUZ
Episcopal Campus                         Ofic Admin Tribunales                     PARQUE LAS HACIENDAS D24 AYMANIO ST
100 E Lehigh Ave                         PO Box 190917                             CAGUAS, PR 00727-7742
Philadelphia, PA  19125-1012             San Juan, PR  00919-0917


JOSE RAMON CARRION MORALES               MONSITA LECAROZ ARRIBAS                   ROBERTO FIGUEROA CARRASQUILLO
PO BOX 9023884                           OFFICE OF THE US TRUSTEE (UST)            PO BOX 186
SAN JUAN, PR 00902-3884                  OCHOA BUILDING                            CAGUAS, PR 00726-0186
                                         500 TANCA STREET  SUITE 301
                                         SAN JUAN, PR 00901
```

YVETTE MARTINEZ SANCHEZ
PARQUE LAS HACIENDAS D24 AYMANIO ST
CAGUAS, PR 00727-7742

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Internal Revenue Service | Jefferson Capital Systems LLC | T-Mobile |
|---|---|---|
| PO Box 21126 | Po Box 7999 | 12920 SE 38th St |
| Philadelphia, PA 19114-0326 | Saint Cloud Mn 56302-9617 | Bellevue, WA 98006-1350 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)ASOC RESIDENTES HACIENDA LOS PARQUES | (d)Oriental Bank-Autos | End of Label Matrix | |
|---|---|---|---|
| | PO BOX 79552 | Mailable recipients | 30 |
| | Carolina, PR 00984-9552 | Bypassed recipients | 2 |
| | | Total | 32 |