**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**GILBERTO GONZALEZ CRUZ**
**YVETTE MARTINEZ SANCHEZ**

xxx–xx–8197
xxx–xx–3614

Debtor(s)

Case No. **18–04884 MCF**

Chapter **13**

FILED & ENTERED ON 7/9/21

### *ORDER DISMISSING CASE*

Upon the application for voluntary dismissal filed by the debtor(s) (see docket entry #37), it is now

ORDERED, that the instant case be and is hereby dismissed; and it is further

ORDERED, that the Clerk shall dismiss and close any contested matter or adversary proceeding related to the instant case.

SO ORDERED.

In San Juan, Puerto Rico, this Friday, July 9, 2021 .

*Mildred Caban*
Mildred Caban Flores
United States Bankruptcy Judge